UNITED STATES of America,
Plaintiff—Appellee,

v.

Arlo Whiteoak ROMANO, a/k/a
Lo, Defendant—Appellant.

No. 09–4259.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 15, 2010.

Decided: May 10, 2010.

Lance E. Rollo, Morgantown, West Virginia, for Appellant. Betsy C. Jividen, Acting United States Attorney, Andrew R. Cogar, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arlo Whiteoak Romano appeals the district court's decision to assess a two-level sentencing enhancement pursuant to *U.S. Sentencing Guidelines Manual* § 3B1.1(c) (2009), based on Romano's status as an organizer, leader, manager, or supervisor of a drug conspiracy. We have reviewed the record and conclude that the evidence of Romano's role in the conspiracy, including supplying drugs to street level dealers, recruiting at least one person into the conspiracy, and managing a substantial amount of drugs and money, supported application of the enhancement. USSG § 3B1.1(c) & comment. (nn.2, 4). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*